## Ella Jane Dymond, Appellee, v. City of Chicago, Appellant.

### Gen. No. 41,203.

Heard in second division, first district, this court at April term, 1940; opinion filed July 1, 1941. Barnet Hodes, Corporation Counsel, for appellant; Alexander J. Resa and Sydney R. Drebin, Assistant Corporation Counsel, of counsel; Charles E. Newton and H. H. Patterson, for appellee; Edmund C. Maurer, of counsel. Opinion by JUSTICE SCANLAN. ''Not to be published in full.''